A certified copy of this order will be sufficient to constitute the writ of certiorari to the clerk of the trial court.

Opinion approved by the court.

### On the Merits

GRAVES, Judge.

Heretofore in this cause this court issued its writ of certiorari requiring the district clerk to prepare and forward a transcript of the record in this case of all proceedings had in the trial court. This has now been done, and we find such proceedings to be regular in all things. No statement of facts has been filed herein.

No error appearing in the record, the judgment is affirmed.

DAVIDSON, Judge.

The offense is assault with intent to murder; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. Nothing is presented for the consideration of this court.

The judgment of the trial court is affirmed.

Opinion approved by the court.

**Ex parte BRYANT.**

No. 24910.

Court of Criminal Appeals of Texas.

June 7, 1950.

**LEWIS v. STATE.**

No. 24912.

Court of Criminal Appeals of Texas.

June 7, 1950.

No attorneys on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.